FILED
CLERK, U.S. DISTRICT COURT

SEP 3 0 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAHQUE DIJION WILLIAMS,

Defendant.

Case No.  20-MJ-4678

ORDER OF DETENTION

I.

On September 30, 2020, Defendant made his initial appearance in this district on the criminal complaint filed in the District of Arizona.  Deputy Federal Public Defender Howard Shneider was appointed to represent Defendant.   A detention hearing was held.

☐      On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒      On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also

considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

⊠   Lack of sufficient bail resources

⊠   Unverified background information

As to danger to the community:

⊠   Allegations in the complaint detailing Defendant's conduct in forcing a minor victim to engage in prostitution and violent conduct towards victim.

⊠   recent law enforcement contacts involving domestic disturbance calls alleging Defendant's acts of violence, including towards his pregnant girlfriend.

⊠   criminal history involves misdemeanor assault conviction in 2019

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial and be transported to the United States District Court for the District of Arizona for further proceedings.   The Court directed both government counsel and defendant's counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled appearance, and the status of defendant's transportation to, and arrival in, the charging district for his next appearance.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from

2

persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: September 30, 2020

_____/s/_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

3